IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ABDULKADIR SHARIF ALI, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ERIC A. HOOKS, )<br>)<br>Respondent. ) | 1:19CV481 |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on January 29, 2020, was served on the parties in this action. (ECF Nos. 11, 12.) Respondent filed objections to the Magistrate Judge's Recommendation. (ECF No. 13.) The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Respondent's Motion for Summary Judgment, (ECF No. 6), is DENIED and that, unless resolved by the Court's ruling on Respondent's pending Motion to Dismiss, (ECF No. 14), this matter be set for an evidentiary hearing, with counsel appointed for Petitioner pursuant to Rule 8(c) of the Rules Governing Section 2254 Cases.

This, the 20th day of May 2020.

/s/ Loretta C. Biggs
United States District Judge